Civil Right Act 1983 42 usc §

Clerk of the unite state

District Court for the Easten

District of virginia

701 East Broad Street

　　Suit 3000

Richmond, VA. #23219-3528

FILED
JUL 18 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:13 cv 825 LOG/JFA

Al.  Plantiff

Bobby maurice Nicholson Jr #1103289

Red onion State Prison

18000 H. Jack Rose HWY

P.O. Box 970

Pound, VA. #24279

Bl. Defendant(s)

Harold Clarke "Director"

DO.C. P.O. Box 26963

Richmond, VA. #23261

2. John Garman "West Regional Director"

5427 Peter Creek Road

　　Suit 350

Roanoke, VA. #24019-3890

3. Randy mathena

Red onion state Prison

10800 H. Jock Rose HWY

P.O. Box 970

Pound, VA. #24279　　　1-7

RECEIVED
JUL - 9 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

4. Kiser "Asst Warden Old of Wallens Ridge S.P. and Red onion S.P.
10800 H. Jack Rose HWY P.O. Box 970
Pound, V.A.#24279

5. Eddie L. Pearson "warden /old warden of Sussex 1 S.P.
Greensvllle Conrentional Center

6. P. Kelly "old Warden"
Sussex 1 State Prison
24414 mussel White Dr
Waverly, V.A.#23891-1111

7. J. Boone "Asst. Warden"
Sussex 1 State Prison
24414 mussel white Dr.
Waverly, V.A.#2389-1111

8. Lt. Hiqth Intel/Investorgator Supervisor
Sussex 1 State Prison
24414 mussel white Dr.
Waverly, V.A.#23891-1111

9. Jerry oate III
Sussex 1 State Prison
24414 mussel White Dr.
Waverly, V.A.#23891-1111

2-7

10. F. Adam "Sqt."

Sussex 1 State Prison

24414 mussel White Dr.

Waverly V.A. #23891-1111

11. Nathin "Correctional officer"

Sussex 1 state Prison

24414 mussel White Dr.

Waverly, V.A. 23891-1111

II   I have never Filed a Law Suit Before

III A.  Grievance Procedure, I File all the Grievance to all Three Level at Both Insiltution Wallens Ridge state Prison and Sussex 1 State Prison

B. Yes

C. At Wallens Ridge State Prison It was unfounded, But I was moved to Sussex 1 State Prison. At Sussex 1 State Prison They Refured to Log the Grievance, But mr. Gonden did Log/File my complaint form and sign off on my Grievance at Both Levels

D. Yes I did complain and give Three Statement one at Wallens Ridge state Prison on May 13, 2011 Two to Sussex 1 state Prison IN July, 2011 and october, 2012

3-7

D. I also Filled out a 6.P.630.6 a keep seprate List with three name one L.I., Two Trig Three Bay Bay at wallens Ridge State Prison and at Sussex 1 State Prison give a List of officers names. I also wrote Robert C. Bobby scott Congress man that also wrote mr. Harold W. Clarke the Director that pass it down to John Garman West Regional Director that wrote me back. My Father call Kenneth Alexander, House of Debates that call wallens Ridge State Prison about my situation and attorney malcolm C. Young of Bluhm Legal Clinic Call up to wallens Ridge State Prison. All take to warden mathena and Kiser about my safey and will being! I also wrote Congressman Robert C. Bobby "scott in march 2011, June 2011 and July 2012 about This problem at Sussex 1 State Prison and he wrote me back in August of 2012. Also The hole stabbing was on tape/Camera.

IV. My Statement of The CLam

In January 2011 a officers told a Blood member I told/Rated on him. I went to the Correctional officer and ask him to please go and Tell him he was Lieing because he put my Life in harms way, he told me,, I am The officer and you are the Inmate don't tell me what to do. I told him I him I don't Feel Safe in this pod and prison and to please put me in Lock up. I was Refused and made to wait until the next day then I was put in Lock up/segregation. The Staff try to make me go back out in February.2011 and was Charge because I will Not go back into the same pod. In April 2011 They put me on the other Side of the prison/yard and in the pod with a Inmate that the Blood told him he will pay him if he will Beat me and Rape me and I went back to Segregation at 1:30Am in may 2011. I was put Back in the pod that I was afraid of and when I was about to go to dinner

4-7

The Evening Bloods was going to jump me, but the warden put me in segregation IN June 22, 2011 I was moved to Sussex 1 State Prison and put start in Lock up where officer started telling the Bloods I was a Rat and the Names on my O.P. 830.6 I told Intel/Investorgator and wrote the warden and unite manager J. oate III Then in october 2011 with Knowledge of the problem with the Bloods I was put in a all Blood Pod/Dog House. Out of fear I became a Blood. IN Janauary 2012. I was put in G.P. in April of 2012 I was put in a crip pod and Lift there. For a week. The officer still Running around telling the Bloods I was a Rat and the Names on my O.P. 830.6 They also moved the top Blood member that put the hit on me to Sussex 1 State Prison with the Knowledge that he put the hit on me and Knowing that he was the Reason I was moved From wallens Ridge S.P. I was moved to pod a week after I was put in the crip pod with No charge or Reason at all. IN June 2012 I was put in Lock up because a officer we on me and the officer was out in open telling Every Blood member I was a Rat and I told on L. I. I wrote Bobby Scott about the problem because it was no one at Sussex 1 State Prison I could trust. They told L. I. Right hand man and a hit was put on me, he too is a top Blood. IN ON Sept 23, 2012 I was just and stabb up by 7-8 Blood and two officers after they Know it was going to happen Sgt. Adams nathin Show the Bloods attact me, But Isead of help me while I am trying to Stop them From jump me and stabb Sgt. Adams Now is a Sgt. was holding my Adams with a Blood member and Co. Nathin was masing only me! They Knew that I was trying to defining myself, But anyone and it all was on comena because it happen IN the middle of the pod. But Staff are trying to Cover it up and give me Fake Charges. I did have a Nife, But Never use it and the camera will

5-7

Show that. After that I was put in Seg and Staff was allow other In mates to Read my mail didn't fleed me for 5 days made me Live in a cell without any water three time 30 hours, 5 hours, and 16 hours. The Last time. Not given me my in Coming mail, But holding it for Two or Three weeks at a time torawing away my out going mail! All because I will Not Change my Statement. I was also Refused visit from my Love one when my Grandmother pass and they was hanging up on my Family. All because I will Not Change my Statement about the Reason I was jump and stabb and how I was jump and Stabb. I was Refused a Fear hearing. I told Bobby Scott this before hand and I Explain to the Asst. warden Boone about my about my problem mr. Scott did try and help me, But ms. Boone did Nothing at all. B/U

The grounds I am filing on is Fhilure to Protect under The 8 Amentment. CRul unusual Punishment.

V. Yes I understand my sentence Could Not be Change

— Away money damages in the amount of — Grant INjunctive Relief by.

— Other I was Stabb in the Face and head. I have permerment and Emotional damage and I was mentally punishment after almost Loseing my Life because of the Staff and For that Reason I am asking to be awarded $2,500,000

VI Red Onion State Prison

VIII | Signed this 13, Day of June 2013

*[signature]*

State of Virgina

City/County of

The petitioner being duly Sworn says:

1. He is unable to pay the Cost of this action or given Therefore

2. His assets amount to a total of

Subscribed and sworn to before me this 13 day of
June 2013

Notary Pulic

my Commission Expires

Cerificate of service
I hereby Certify that a true and exact Copy of
The forgoing

mailed / hand -delivered to             at

On the                 day        of              20

7-7

