JAN - 2 2014

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Bobby Maurice Nicholson, Jr., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13cv875 (LO/JFA) |
| | ) | |
| Harold Clarke, et al., | ) | |
| Defendants. | ) | |

ORDER

Bobby Maurice Nicholson, Jr., a Virginia inmate proceeding pro se, has filed a civil rights action, pursuant to 42 U.S.C. § 1983. By Order dated September 25, 2013, plaintiff was directed to particularize and amend his allegations by completing and submitting a form § 1983 complaint. Plaintiff also was instructed to sign and file a Consent Form and to either pay the $400.00 in fees or submit an application to proceed in forma pauperis. Plaintiff was advised that failure to comply with any part of the Order would result in dismissal of the complaint pursuant to Fed. R. Civ. P. 41(b). Plaintiff has submitted the Consent Form and an application to proceed in forma pauperis, but he has failed to follow the Court's instructions to amend his claims.

Accordingly, it is hereby

ORDERED that the complaint be and is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that plaintiff's request to proceed in forma pauperis (Docket No. 6) be and is DENIED, AS MOOT.

To appeal, plaintiff must file a written notice of appeal with the Clerk's Office within thirty (30) days of the date of this Order. A written notice of appeal is a short statement stating a

desire to appeal this Order and noting the date of the Order plaintiff wants to appeal. Plaintiff

need not explain the grounds for appeal until so directed by the court.


The Clerk is directed to send a copy of this Order to plaintiff and to close this civil action.


Entered this _____ day of _____ 201__.



Alexandria, Virginia

_____/s/_____
Liam O'Grady
United States District Judge

2