**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 11, 2014

_____

RECORD REQUEST

_____

No.  14-6217,      Bobby Nicholson, Jr. v. Harold Clarke
                   1:13-cv-00875-LO-JFA

TO:   Fernando Galindo

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in social security cases, please transmit any social security records filed in the district court. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Brian Bain, Deputy Clerk
804-916-2736