FILED:  May 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6217
(1:13-cv-00875-LO-JFA)
_____

BOBBY MAURICE NICHOLSON, JR.

   Plaintiff - Appellant

v.

HAROLD CLARKE, Director; JOHN GARMAN, West Regional Director; RANDY
MATHENA; ASSISTANT KISER, Assistant Warden (Old) of Wallens Ridge S.P.
and Red Onion S.P.; EDDIE L. PEARSON, Warden/Old Warden of Sussex 1 S.P.; P.
KELLY, Old Warden; J. BOONE, Assistant Warden; LIEUTENANT HIGTH, Intel /
Investigator Supervisor; JERRY OATE, III; F. ADAM, Sergeant; OFFICER
NATHIN, Correctional Officer

   Defendants - Appellees

_____

O R D E R
_____

   The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

   Entered at the direction of the panel:  Judge Motz, Senior Judge Hamilton

and Senior Judge Davis.

         For the Court

         /s/ Patricia S. Connor, Clerk