Generated: Jan 24, 2024 10:22AM



# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Jan 24, 2024 10:22AM

COMMONWEALTH OF VA

Rcpt. No: 100005555                    Trans. Date: Jan 24, 2024 10:22AM                    Cashier ID: #JB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 201 | Civil Filing Fee/PLRA/Non-Prisoner Installment/CCAM | DVAE113CV000875 /001<br>BOBBY MAURICE NICHOLSON | 1 | 65.02 | 65.02 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #1946012532 | 01/24/2024 | $65.02 |

| | |
|---|---|
| Total Due Prior to Payment: | $65.02 |
| Total Tendered: | $65.02 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: PLRA PMT/ CASE# 1:13CV875/ BOBBY NICHOLSON

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.